PROB 12B
(10/24)

# United States District Court

## for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Individual Under Supervision

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Individual Under Supervision: Parrish T Powell      Cr.: 25-07063M-001
     PACTS #: 8755272

Name of Judicial Officer:    THE HONORABLE IVAN D. DAVIS
                         UNITED STATES MAGISTRATE JUDGE, EDVA
                         (Jurisdiction transferred to the Hon. Elizabeth A. Pascal on November 3, 2025)

Date of Original Sentence: 03/20/2025

Original Offense:    Count One: 32 C.F.R. 234.17(c)1(i) - Driving Under the Influence, Misdemeanor

Original Sentence: 1 year probation

Special Conditions: Alcohol Treatment, Fine, Special Assessment

Type of Supervision: Probation                          Date Supervision Commenced: 03/20/2025

## PETITIONING THE COURT

☐   To extend the term of supervision for _____ years, for a total term of _____ years.

☒   To modify the conditions of supervision as follows:

     **LOCATION MONITORING PROGRAM (1 months)**

     You must submit to the Location Monitoring Program as noted below for a period of 1 month:

     You must submit to **Home Detention** and comply with the program requirements as directed by the U.S. Probation Office. You will be restricted to your residence at all times except for employment, education, religious services, medical, substance abuse and mental health treatment, court-ordered obligations, and any other such times specifically authorized by the U.S. Probation Office. The location monitoring technology is at the discretion of the U.S. Probation Office. The cost of the monitoring is waived.

## CAUSE

On March 20, 2025, Parrish T. Powell was sentenced in the Eastern District of Virginia, by the Honorable Ivan D. Davis, United States Magistrate Judge. On March 25, 2025, supervision of the case was transferred to the District of New Jersey, and on November 3, 2025, jurisdiction of the case was transferred to the District of New Jersey.

On July 19, 2025, Mr. Powell was arrested by the Egg Harbor Township Police Department and charged with Driving Under the Influence; (Police case number: 25-037001). Additionally, Powell was issued traffic infractions for Driving After Driver's License/Registration Suspended/Revoked, Driving a Vehicle Upon

Prob 12B – page 2
Parrish T Powell

Closed Section of Highway, Consume Alcohol Beverage or Cannabis Item in Motor Vehicle, Open Container Alcohol or Unseal Cannabis in Motor Vehicle, Careless Driving, Reckless Driving, Failure to Wear Seat Equipment, Improper Backing or Turning in Street, The case is currently scheduled for an Initial Conference on February 2, 2026, at the New Jersey Superior Court, Atlantic County. According to the Incident Report filed by the Egg Harbor Township Police Department, on July 19, 2025, Powell was stopped by local law enforcement during a Driving While Intoxicated (DWI) checkpoint. During the stop, Powell displayed signs of intoxication. Powell then attempted to evade the DWI checkpoint and was subsequently arrested.

This is Powell's second arrest for Driving Under the Influence, as the instant offense from the Eastern District of Virginia is similar in nature.

Due to the alleged criminal activity, the Probation Office is respectfully recommending for Powell's conditions of supervised release be modified to include one month of the Location Monitoring Program. On January 9, 2025, Powell signed the enclosed *Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend of Supervision,* agreeing to a modification of his conditions of supervised release which modifies the conditions of supervision. Our office will continue to monitor Powell's compliance closely and notify Your Honor should any additional instances of non-compliance arise. We respectfully await Your Honor's decision in this regard.

Respectfully submitted,

JOSEPH A. DaGROSSA, Chief
U.S. Probation Officer

By:   ANEL CEBALLOS
U.S. Probation Officer

/ ac
APPROVED:

_____     1/21/26
ANTHONY M. STEVENS            Date
Supervising U.S. Probation Officer

THE COURT ORDERS:

☒ The Modification of Conditions as Noted Above (as recommended by the Probation Office)

☐ No Action

☐ Other

_____
Signature of Judicial Officer

January 22, 2026
Date

PROB 49
(4/19)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

☐  To extend the term of supervision for _____ years, for a total term of _____ years.

☑  To modify the conditions of supervision as follows:

**LOCATION MONITORING PROGRAM (1 month)**

You must submit to the Location Monitoring Program as noted below for a period of one month:

You must submit to **Home Detention** and comply with the program requirements as directed by the U.S. Probation Office. You will be restricted to your residence at all times except for employment, education, religious services, medical, substance abuse and mental health treatment, court-ordered obligations, and any other such times specifically authorized by the U.S. Probation Office. The location monitoring technology is at the discretion of the U.S. Probation Office. The cost of the monitoring is waived.

Witness: _____  Signed: _____
U.S. Probation Officer                          Probationer or Supervised Releasee
Anel Ceballos                                      Parrish T Powell

_____1/9/26_____
Date